DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-02-00082-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




STATE FARM LLOYDS, AN

INSURANCE COMPANY,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


EDWARD G. WOODY, INDIVIDUALLY

AND AS INDEPENDENT EXECUTOR §
 CHEROKEE COUNTY, TEXAS

OF THE ESTATE OF 

MARGIE T. WOODY, DECEASED,

APPELLEE






MEMORANDUM OPINION (1)



 The parties hereto have filed a joint motion to dismiss. That motion has been signed by all
attorneys and represents that the parties have reached an agreement that disposes of all issues
presented for appeal. Further, the motion requests an order vacating the trial court's judgment and
dismissing the underlying cause and this appeal with prejudice. Because the parties have met the
requirements of Tex. R. App. P. 42.1(a)(1) the motion is granted, and the appeal is dismissed. 

Opinion delivered May 14, 2002.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.



 

(DO NOT PUBLISH)



1. See Tex. R. App. P. 47.1.